**Subject:**      FW: ADMIRAL GALAXY (009.21-962)/Urgent Attention
**Attachments:**   Island Petroleum Payment Instruction.docx

**From:** Invoicing <invoicing@island-0il.com>
**Sent:** Friday, November 5, 2021 2:06 AM
**To:** yelda.senyuz@acolines.com
**Cc:** finance@acolines.com; tolga.yildiz@acolines.com; vessel@acolines.com; 'Elena Christodoulidou' <elena.c@island-0il.com>; 'Bunkers at Island Oil' <bunkers@island-0il.com>; ozlem.sezen@acolines.com
**Subject:** Re: ADMIRAL GALAXY (009.21-962)/Urgent Attention

<u>**ATTN: ACCOUNTS DEPARTMENT**</u>

Dear Yelda,

Hope you are doing good?

We have detailed all process on how payment should be done on the attached document in a letter head doc as

requested, this is exactly how our customers have being paying recently and we are receiving payments,

pls follow up as we have instructed, also note the highlighted part.

Kindly confirm receipt of same

Thanks

Kind regards,


**Stephanie Nicolaou**

Physical Sales Accountant

Island Petroleum Limited

Direct Line: + 357 25 889118

Fax:  + 357 25 350111

Email: invoicing@island-oil.com



| | 145-149 Chr. HadjipavlouTel: Str., | + 357 25 889000 |
| | Fax: | + 357 25 745466 |
| | Christiel Building, 2nd Floor | |
| | Website: | www.island-oil.com |
| | Limassol 3036, Cyprus | |

**Confidentiality Notice**: This message and any files transmitted with it have been sent for the intended recipient only and may contain information that is proprietary, privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient, any review, disclosure, copying, use or distribution of the information included in this communication and any attachments is strictly prohibited.  If you have received this in error please contact us on + 357 25 889000 and delete the message.

On 2021-11-03 05:16, Invoicing wrote:

<u>**ATTN: ACCOUNTS DEPARTMENT**</u>

Dear Yelda,

Thank you so for you below confirmation

we will send you the document on 05-11-2021.

Kind regards,

**Stephanie Nicolaou**

Physical Sales Accountant

Island Petroleum Limited

Direct Line: + 357 25 889118

Fax:  + 357 25 350111

Email: invoicing@island-oil.com

| | 145-149 Chr. HadjipavlouTel: Str., | + 357 25 889000 |
| | Fax: | + 357 25 745466 |
| | Christiel Building, 2nd Floor | |
| | Website: | www.island-oil.com |
| | Limassol 3036, Cyprus | |

**Confidentiality Notice**: This message and any files transmitted with it have been sent for the intended recipient only and may contain information that is proprietary, privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient, any review, disclosure, copying, use or distribution of the information included in this communication and any attachments is strictly prohibited.  If you have received this in error please contact us on + 357 25 889000 and delete the message.

On 2021-11-02 04:43, yelda.senyuz@acolines.com wrote:

Dear Stephanie,

Your below e-mail well noted.

Pls send your bank details in a letter head doc.

Thanks&Best Regards,

**Yelda Unal Senyuz**

Finance Department

ADMIRAL Container Lines Inc.

Phone  : +90 216 537 04 24 (ext. 40)

e-mail  : yelda.senyuz@acolines.com

web     : www.acolines.com

 Save a tree. Don't print this e-mail unless it's really necessary.

**From:** Invoicing <invoicing@island-0il.com>
**Sent:** 02 November 2021 10:36
**To:** yelda.senyuz@acolines.com; finance@acolines.com
**Cc:** tolga.yildiz@acolines.com; vessel@acolines.com; 'Elena Christodoulidou' <elena.c@island-0il.com>; 'Bunkers at Island Oil' <bunkers@island-0il.com>; ozlem.sezen@acolines.com
**Subject:** Re: Re: ADMIRAL GALAXY (009.21-962)/Urgent Attention

<u>**ATTN: ACCOUNTS DEPARTMENT**</u>

Dear Yelda,

How are you doing?

We are still unable to resolve the issues with our account, all payment are now being sent to our correspondent/intermediary account in USA (Chase Bank). our customers are paying to it and payment is well processed to us, we want you to do same.

We will send you the necessary document having our correspondent bank details so you will process the up coming  due payment to it. so we can receive this payment.


Thank you for your cooperation and understand.


Kind regards,


**Stephanie Nicolaou**

Physical Sales Accountant

Island Petroleum Limited

Direct Line: + 357 25 889118

Fax:  + 357 25 350111

Email: invoicing@island-oil.com

|  | 145-149 Chr. HadjipavlouTel: Str., | + 357 25 889000 |
|--|--|--|
|  | | Fax: + 357 25 745466 |
|  | Christiel Building, 2nd Floor | Website: www.island-oil.com |
|  | Limassol 3036, Cyprus | |

**Confidentiality Notice**: This message and any files transmitted with it have been sent for the intended recipient only and may contain information that is proprietary, privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient, any review, disclosure, copying, use or distribution of the information included in this communication and any attachments is strictly prohibited.  If you have received this in error please contact us on + 357 25 889000 and delete the message.


On 2021-10-21 08:21, yelda.senyuz@acolines.com wrote:

Dear Stephanie,

We will pay subject invoice on 10/11/2021 which is due date.

Thanks&Best Regards,

**Yelda Unal Senyuz**

Finance Department

ADMIRAL Container Lines Inc.

Phone  : +90 216 537 04 24 (ext. 40)

e-mail   : yelda.senyuz@acolines.com

web      : www.acolines.com

Save a tree. Don't print this e-mail unless it's really necessary.

---

**From:** Invoicing <invoicing@island-0il.com>
**Sent:** 21 October 2021 14:13
**To:** ozlem.sezen@acolines.com
**Cc:** finance@acolines.com; tolga.yildiz@acolines.com; vessel@acolines.com; 'Elena Christodoulidou' <elena.c@island-0il.com>; Bunkers at Island Oil <bunkers@island-0il.com>
**Subject:** !!***SPAM***!! Re: ADMIRAL GALAXY (009.21-962)/Urgent Attention

<u>**ATTN: ACCOUNTS DEPARTMENT**</u>

Dear Sezen,

Pls we need you to reply on our below mail, pls don't send payment to our account in your care until we instruct you to do so, we are really experiencing serious issues with this account and don't want payment to it for now, we need to know when you want to pay this payment so we can instruct you on what to do.

This is of great importance and we need your assist on this, we humbly await your reply on this matter today thank you so much for your great understanding and follow up, we will reciprocate your kind gesture when need be.

Kind regards,


**Stephanie Nicolaou**

Physical Sales Accountant

Island Petroleum Limited

Direct Line: + 357 25 889118

Fax:  + 357 25 350111

Email: invoicing@island-oil.com

| | | |
|---|---|---|
| 145-149 Chr. HadjipavlouTel: Str., | | + 357 25 889000 |
| Christiel Building, 2nd Floor | Fax: | + 357 25 745466 |
| | Website: | www.island-oil.com |
| Limassol 3036, Cyprus | | |

**Confidentiality Notice**: This message and any files transmitted with it have been sent for the intended recipient only and may contain information that is proprietary, privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient, any review, disclosure, copying, use or distribution of the information included in this communication and any attachments is strictly prohibited.  If you have received this in error please contact us on + 357 25 889000 and delete the message.