

**Payment Instruction**          05/11/2021

### ISLAND PETROLEUM LIMITED CORRESPONDENT BANK DETAILS (NINA LLC)

To : ADMIRAL CONTAINER LINES INC LTD
AS WELL AS VESSEL &/OR MASTER &/OR OWNERS
&/OR CHARTERERS &/OR MANAGERS.
25/16, VINCENTI BUILDINGS, STRAIT STREET
VLT 1432 Valletta
MALTA.

To Whom It May Concern we hereby instruct all payment to Island Petroleum Limited to be sent to our USA correspondent Bank as detailed below.

**Bank:** JP MORGAN CHASE BANK NEW YORK
**Account Name:** NENA LLC-ISLAND PETROLEUM LIMITED
**Routing Number:** 11
**Account Number:** 6
**Swift:** CHASUS33
**Bank Address:** 6025 Eastex Fwy, Beaumont, TX 77706

Please note on reference put this (A/No/010947150017/009/21/962/IPL) only. Pls be sure to follow the exact above instruction to remit payment. After payment must have being done successfully pls send payment receipt for follow up and documentation.

Thank you so much for your cooperation and understanding we will reciprocate this kind gesture when need be.

*Supplier's Representative Stamp & Signature*

Form TR-34
Rev 1, Issued: 29/05/20

**Island Petroleum Limited**
Incorporation no. 560031841
3, Bat Galim Ave.
P.O.B 8182 Haifa 31080-Israel
Tel: +357 25889000 Fax: 357 25745466

**Distributions:**
☐ Accounts(Original)
☐ Trading (Copy)