

PAYMENT INSTRUCTION

**ORDERING CUSTOMER DETAILS**

| | |
|---|---|
| Ordering Customer | ADMIRAL CONTAINER LINES INC. LTD. |
| Account Number at GBI | |
| Currency – Amount | USD 253,120.00 Only/ Two Hundred Fifty Three Thousand One Hundred Twenty and 00 % USD |
| Value Date | 10th November 2021 |

**BENEFICIARY DETAILS**

| | |
|---|---|
| Beneficiary Name | NENA LLC-ISLAND PETROLEUM LIMITED |
| Account No. | 6 |
| IBAN | |
| Currency – Amount | USD 253,120.00 Only/ Two Hundred Fifty Three Thousand One Hundred Twenty and 00 % USD |
| Correspondent of Beneficiary's Bank | |
| Beneficiary's Bank Name | JP MORGAN CHASE BANK NEW YORK |
| Beneficiary's Bank SWIFT Code | CHASUS33 |
| Branch Name | |
| Payment Reference Details | A/No/010947150017/009/21/962/IPL |

**CHARGES(*)**   ☐ Our  ☒ Share  ☐ Beneficiary

```
                                        imex_temp
##PAGE##




FM103 SINGLE CUSTOMER CREDIT TRANSFER
SWIFT - DEST : CHASUS33    2 = NORMAL
* DESTINATION: JPMORGAN CHASE BANK, N.A.
*              383 MADISON AVENUE
*              NEW YORK,NY 10179
*              UNITED STATES OF AMERICA

* 10 NOVEMBER 2021



:20 :      SENDER'S REFERENCE
481-06-5915602
:23B:      BANK OPERATION CODE
CRED
:32A:      VALUE DATE/ CURRENCY/ INTERBANK SETTLED AMOUNT
211110USD253120,
:33B:      CURRENCY/ INSTRUCTED AMOUNT
USD253120,
:50K:      ORDERING CUSTOMER
/1
ADMIRAL CONTAINER LINES INC
4 SANTA LUCIA ST.
VALLETTA 1188
:59 :      BENEFICIARY CUSTOMER
/
NENA LLC-ISLAND PETROLEUM LIMITED
145-149 CHR. HADJIPAVLOU STR.
CHRISTIEL BUILDING 2ND FLOOR
CY/LIAMASSOL 3036
:70 :      REMITTANCE INFORMATION
A-NO-010947150017-009-21-962-IPL
:71A:      DETAILS OF CHARGES
SHA
:71F:      SENDER'S CHARGES
USD0,
```

Page 1