סיבוני מרדכי

| | |
|---|---|
| מאת: | מחלקת פולג |
| נשלח: | יום רביעי 22 דצמבר 2021 10:06 |
| אל: | סיבוני מרדכי |
| עותק: | הנאור ליאת |
| נושא: | FW: Message MT199 received |

**EXHIBIT 4**

ADMIRAL

איל גולדשטיין
מחלקת פולג סחר חוץ
אגף שירות ללקוחות עסקיים

יהודה הלוי 27 - 31, תל אביב-יפו
טל: 076-8050077 | מייל: eyal.goldstein@dbank.co.il

דיסקונט
מתאימים לך

**From:** Swbo-Prod
**Sent:** Wednesday, December 22, 2021 7:33 AM
**To:** מחלקת פולג; support_swift
**Subject:** Message MT199 received

ISRAEL DISCOUNT BANK LTD. 22-12-2021 07:33:15

---

MESSAGE OUTPUT REFERENCE : 0733211222IDBLILITBXXX0167227018
CORRESPONDENT INPUT REFERENCE : 1729211221CHASUS33LXXX0878253416
UETR : NONE

---

{1:F01IDBLILITBXXX0167227018}{2:O1991729211221CHASUS33LXXX08782534162112220731N}{4:
:20:JPM211125-005875
:21:481-06-5915602
:79:ATTENTION INVESTIGATIONS
PLEASE REFER TO YOUR MESSAGE DATED 12/20/2021 AND REFERENCE 481-06-5915602
REGARDING DEBIT TO YOUR ACCOUNT DDA/▮▮▮▮▮▮
FOR 253,120.00/USD DATED 11/10/2021 YOUR PAYMENT REFERENCE NUMBER 481-06-5915602
OUR TRANSACTION REFERENCE NUMBER 6768407314FS
PLEASE NOTE WE ARE UNABLE TO COMPLY WITH YOUR RECALL REQUEST AS BENEFICIARY HAS DENIED DEBITAUTHORITY. PLEASE HAVE REMITTER CONTACT BENEFICIARY DIRECTLY. NO INDEMNITY INTENDED. PLEASE AVOID DUPLICATIONS.
UETR REF C8D1A550-735C-46C8-88A7-4AC34AE798E3
REGARDS,
USD WIRE INVESTIGATIONS OUR REFERENCE JPM211125-005875
JPMORGAN
GLOBAL SOLUTIONS CENTER (866) 223-0359
-}{5:{CHK:7B1AE73617B7}{DLM:}}

1