| | |
|---|---|
| **From:** | Invoicing |
| **To:** | ozlem.sezen@acolines.com; finance@acolines.com; tolga.yildiz@acolines.com; vessel@acolines.com |
| **Subject:** | RETURN OF ALL ADMIRAL PAYMENT |
| **Date:** | Tuesday, December 21, 2021 11:15:13 PM |

Dear Ozlem,

It has come to my understanding that you are now aware of what is going on and who i am,

i am sorry i just have to put up this confession mail your God is alive, everything we did to make sure we

divert your payment was all void the 1st payment you made $253,120 still did not get to us, if you have not

gotten it i will direct you on how to go about getting it back, the 2nd payment of $272500 you sent to USA

when we asked you to call back the money the truth was that the said account we ask you to send the money

to was closed by the bank before the money arrived before we ask you to send to Mexico still the payment did

not go through.


i know you shouldn't be discussing with me i am here to help you to get back all the payment if you have not received them back because they where not processed to us .

any payment that has not returned back to you ask me and i am more than willing to assist u get it

Thank you

Regards

Angel